United States District Court
Southern District of Texas
**ENTERED**
November 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:25-CR-00230 |
| § | |
| AMBER DANSFIELL § | |
| § | |
| Defendant. § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on September 2, 2025. A petition for action on pretrial release was filed on October 21, 2025 with the Court alleging that Defendant violated condition 1 and 7(r) of her bond conditions ordering that (1) The defendant must not violate federal, state, or local law while on release; and (7)(r) Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Defendant pled true to the allegation regarding bond condition 7(r) and stood silent on bond condition 1. The government presented a police report at Government's Exhibit 1 regarding Defendant's arrest on October 13, 2025. The Court **FINDS** that allegation 1 is true.

The following requires detention of the defendant pending trial in this case:

  (1) There is probable cause to believe that Defendant committed another Federal, State, or local crime while on release;

  (2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

  (3) Defendant is unlikely to abide by any condition or combination of conditions of release.

  The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

  ORDERED on November 13, 2025.

                  _____
                   Julie K. Hampton
                   United States Magistrate Judge