UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 2:25-CR-230 |
| AMBER DANSFIELL | § § | |

## STIPULATION OF FACT

AMBER DANSFIELL, hereinafter referred to as the Defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, NICHOLAS J. GANJEI, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) alleged in Count One of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3).

I.

As to Count One, the Defendant confesses that, within the Southern District of Texas, on or about October 25, 2024:

1. That the Defendant knowingly possessed a firearm;
2. That before the Defendant possessed the firearm, the Defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;
3. That the Defendant knew she had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and
4. That the firearm possessed traveled in interstate or foreign commerce; that is, before the Defendant possessed the firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

1

II.

The Defendant further stipulates that had the case proceeded to trial the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish the Defendant's guilt:

On or about October 25, 2024, at approximately 12:54 pm, Deputy Medina with the Live Oak County Sheriff's Office was contacted by the Chief Deputy regarding a burglary of a habitation in progress at 214 Arrowhead Dr. in Sandia, Texas. Upon arrival to the residence, the Deputy observed a Polaris utility vehicle parked in the back yard. As the Deputy walked to the back of the residence, he observed a male subject later identified as Rene Garcia, standing near the Polaris. The Deputy also observed a female, identified as Amber Dansfiell (the Defendant), coming out of the back door of the residence. The Deputy ordered Garcia to show his hands, and the Deputy secured him in handcuffs. The Defendant had her hands in the air and stated, "I have a weapon on me." The Deputy advised the Defendant to place her hands behind her back, and she was secured in handcuffs. The Defendant advised that she had the weapon in her back waistband and the Deputy observed a black handgun was tucked in her waistband under her shirt. When asked, the Defendant stated that the handgun was not stolen. The Deputy removed the handgun and unloaded it for safety. The handgun was a HI-POINT 9mm with a serial number P1017744. The firearm had a round in the chamber.

Garcia and the Defendant were both placed under arrest for burglary of a habitation. The Defendant was given Miranda warnings, and she stated that she understood them. The Deputy asked the Defendant to whom the handgun she had belonged, and she stated that it was hers. The Deputy asked her if she was a convicted felon, and she answered affirmatively. She also stated that

she knew she was not supposed to have a gun. The Defendant was advised that she was additionally under arrest for possession of a firearm by a felon.

The examination of the handgun revealed that the HI-POINT Pistol was a firearm and had been manufactured by Strassell's Machine Inc. in the State of Ohio. Two (2) rounds of 9mm caliber ammunition with headstamp "WIN 9MM LUGER" were manufactured by Winchester in the state of Illinois. Four (4) rounds of 9mm caliber ammunition with headstamp "BPZ (Cyrillic letters) 9MM LUGER" were manufactured by the JSC Barnaul Machine Tool Plant in the country of Russia and imported by DKG Trading Inc. into the state of Illinois.

The firearm and ammunition would have traveled in interstate commerce as they were recovered in Texas. During their investigation, ATF agents confirmed that Defendant had previously been convicted for a crime punishable by imprisonment for a term in excess of one year. The Defendant was convicted of burglary of a building in the 117th District Court in Nueces County in cause number 11-CR-1894B and sentenced to 18 months in the State Jail Division of the Texas Department of Criminal Justice.

As part of this factual basis, AMBER DANSFIELL admits and confesses that on October 25, 2024, within the Southern District of Texas, she knowingly possessed a firearm, that she had previously been convicted of a crime punishable by more than one year imprisonment, and knew she had been convicted of said crime, and that the firearm traveled in interstate and foreign commerce.

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt. The undersigned have thoroughly reviewed, understand, and agree

that the information contained in this Stipulation of Fact are true and correct.

_____  12/2/2025
AMBER DANSFIELL              Date
Defendant

_____  12/2/2025
Attorney for the Defendant   Date

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


By: _____  11/18/2025
YOUNG MIN BURKETT            Date
Assistant United States Attorney

4